UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IRENE NOEL,

               Plaintiff,

    -v-

CITY OF NEW YORK,

               Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  3/23/2026
```

**ORDER**

25-CV-9800 (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of the parties' March 20, 2026 status report. ECF No. 20. The status report due on April 13, 2026 is adjourned to **April 20, 2026**. Therein, the parties should address the status of discovery and the status, but not the substance, of their settlement efforts.

**SO ORDERED.**

Dated: March 23, 2026
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge