UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _4/21/2026_
```

IRENE NOEL,

                           Plaintiff,

            -v-

CITY OF NEW YORK,

                           Defendant.

**ORDER**

25-CV-9800 (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of the parties' April 20, 2026 joint status letter, ECF No. 22 (the "Letter"). The parties are directed to file a further joint status report on **June 30, 2026.**

All deadlines set forth in the Court's January 13, 2026 order, ECF No. 18, remain in effect. If the parties want to modify the case schedule, they must do so by filing a letter motion on the docket. The undersigned does not construe the Letter as such a motion.

**SO ORDERED.**

Dated: April 21, 2026
       New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge