UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IRENE NOEL,

                    Plaintiff,

         -v-

CITY OF NEW YORK,

                    Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  7/1/2026

**ORDER**

25-CV-9800 (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

Pursuant to the Court's April 21, 2026 Order, ECF No. 23, the parties were directed to file a joint status report by June 30, 2026.  To date, no status report has been filed on the docket.  The Court *sua sponte* extends the deadline to submit a status report to **July 7, 2026**.

**SO ORDERED.**

Dated: July 1, 2026
        New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge