USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 7/21/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IRENE NOEL,

Plaintiff,

-v-

CITY OF NEW YORK,

Defendant.

**ORDER**

25-CV-9800 (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's letter motion requesting a conference to discuss a discovery dispute (the "Letter Motion"). ECF No. 27. The request is **GRANTED**. Defendant shall respond to the Letter Motion by **August 7, 2026**.

A conference is scheduled on **August 12, 2026,** at **2:00 p.m.** by telephone to discuss the Letter Motion. Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 769 033 354#).

The Clerk of Court is respectfully directed to terminate the Letter Motion at ECF No. 27 as **GRANTED**.

**SO ORDERED.**

Dated: July 21, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge