USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 8/12/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IRENE NOEL,

Plaintiff,

-v-

CITY OF NEW YORK,

Defendant.

**ORDER**

25-CV-9800 (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The undersigned held a conference on August 12, 2026 to discuss the discovery disputes raised in Plaintiff's July 20, 2026 letter motion. ECF No. 27. For the reasons articulated at the conference, the Parties shall adhere to the following directives.

The relief requested in the letter motion is **GRANTED IN PART** and **DENIED IN PART**. Defendant shall produce additional Department of Transportation records concerning the subject address for the period from January 4, 2020 to January 4, 2023. Defendant shall conduct only a computer search for these records; no manual search is required. The Parties shall confer about the timing of this production.

Any further relief for Interrogatory 1 or Document Request 6 is **DENIED**. Defendant shall also produce notices of claim for the 12 to 14 notices identified by Plaintiff's counsel.

**SO ORDERED.**

Dated: August 12, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge