USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 9/3/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IRENE NOEL,

Plaintiff,

-v-

CITY OF NEW YORK,

Defendant.

**ORDER**

25-CV-9800 (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

Pursuant to the Court's July 8, 2026 order, ECF No. 26, the parties were directed to file a joint status report by September 2, 2026. To date, so far as the docket reflects, the parties have not filed a joint status report. The deadline to file a joint status report is *sua sponte* extended to **September 8, 2026.**

**SO ORDERED.**

Dated: September 3, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge