USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 9/11/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IRENE NOEL,

Plaintiff,

-v-

CITY OF NEW YORK,

Defendant.

**ORDER**

25-CV-9800 (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of the Parties' status report. ECF No. 34. However, fact discovery ended on August 31, 2026, and the status report fails to describe what, if any, expert discovery the parties have agreed to pursuant to section 8.d of the Case Management Plan and Scheduling Order. ECF No. 18.

The conference on **September 18, 2026** will therefore proceed as planned. *See* ECF No. 33.

**SO ORDERED.**

Dated: September 11, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge