UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ___________
DATE FILED: 9/18/2026

IRENE NOEL,

Plaintiff,

-v-

CITY OF NEW YORK,

Defendant.

**ORDER**

25-CV-9800 (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The undersigned held a status conference on September 18, 2026. For the reasons articulated at the conference, the Parties shall adhere to the following directives.

The deadline to complete fact discovery is extended to **October 19, 2026.** The Parties advised that neither side will offer expert testimony, so no expert discovery period is required. Within **two business days** of the fact discovery deadline, Plaintiff shall advise Defendant whether she contends there was prior notice. Pre-motion letters for dispositive motions are due by **November 20, 2026**.

**SO ORDERED.**

Dated: September 18, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge