USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 
DATE FILED: 11/23/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IRENE NOEL,

Plaintiff,

-v-

CITY OF NEW YORK,

Defendant.

**ORDER**

25-CV-9800 (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

A jury trial is scheduled to begin in this matter before Magistrate Judge Henry J. Ricardo at **10:00 a.m.** on **February 3, 2027,** in Courtroom 21D at 500 Pearl Street, New York, New York 10007.

By **January 4, 2027**, the parties shall file:

- A joint pretrial order that includes an exhibit list with any objections to such exhibits;
- Joint proposed *voir dire* of no more than ten proposed questions per party, the parties need not address matters covered in items A through I of § 6.05 of the Benchbook for United States District Court Judges (Sixth Edition);
- Joint proposed jury instructions, citing to any pattern jury instruction from which they are obtained and including as an exhibit the text of the proposed instruction; and
- A joint proposed verdict sheet.

Any *in limine* motions shall be submitted to the Court by **January 4, 2027**.

Oppositions to any *in limine* motions are due by **January 11, 2027**.

The final pretrial conference is scheduled on **January 27, 2027 at 10:00 a.m.**, in Courtroom 21D at 500 Pearl Street, New York, New York 10007. The parties shall submit a binder of pre-marked exhibits to the Court during the final pretrial conference.

**SO ORDERED.**

Dated: November 23, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge